RECEIVED & FILED
FEE PAID AMOUNT
RECEIPT

2000 SEP -7 P 3:57

CLERK, US BANKRUPTCY CT
EASTERN DISTRICT
ST. LOUIS, MISSOURI

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 99-46943-172 |
| TROY D. FRANK | ) | |
| LISA M. FRANK, | ) | Adversary No. 00-4152-172 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| A. THOMAS DEWOSKIN, Trustee | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LISA M. FRANK, Debtor, | ) | |
| | ) | |
| Defendant. | ) | |

*Note: Answer out of time – ext. was granted until 8-30-00.*

## ANSWER TO A. THOMAS DEWOSKIN'S COMPLAINT TO REVOKE DISCHARGE OF LISA M. FRANK

COMES NOW Lisa M. Frank, and for her Answer to A. Thomas Dewoskin's Complaint to Revoke Discharge of Lisa M. Fran, states as follows:

1. Admits paragraphs 1, 2, 3, 4, 5, 6 and 8 of this complaint.

2. Denies paragraphs 9, 10 and 11.

3. States that she has no specific knowledge of the allegations contained in paragraph 7, and, therefore, denies same.

713741.1

WHEREFORE, Lisa M. Frank prays that the Trustee's Complaint and the relief requested therein be denied.

Respectfully submitted,

SANDBERG, PHOENIX & von GONTARD, P.C.

*[signature: Leslie A. Davis]*
Leslie A. Davis, ARN 2941
One City Centre, 15th Floor
515 N. 6th Street
St. Louis, MO 63101
(314) 802-3277
(314) 241-7604 Fax
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing was mailed this ___ day of September, 2000, to **A. Thomas DeWoskin**, Greensfelder, Hemker & Gale, P.C., 10 South Broadway, Suite 2000, St. Louis, MO 63102-1774.

*[signature]*

713741.1